UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 14-4145-DMG (JCx) | Date | September 2, 2014 |
| Title | Lilit Petrosyan, et al. v. Heidi Hustedt, et al. | | |

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| Kane Tien | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:   IN CHAMBERS - Order To Show Cause Re: Dismissal for Lack of Prosecution**

On August 15, parties filed a Stipulated [Doc. # 18.] that Defendants Heidi Hustedt-Morandini and Lucrezia Biscardi shall file and serve their First Amended Answer and Counterclaim on or before September 4, 2014, and that Counterdefendants should be relieved from filing a response to the Counterclaim [Doc. # 15.] dated July 29, 2014.

Defendants have not filed an Amended Answer nor an Amended Counterclaim, and the extension to do so has passed. Accordingly, the court, on its own motion, orders Defendants to show cause in writing on or before **September 16, 2014** why the Counterclaim [Doc. # 15.] should not be dismissed for lack of prosecution. As an alternative to a written response by Defendants, the Court will consider the filing of one of the following, as an appropriate response to this Order To Show Cause, on or before the above date, as evidence that the matter is being prosecuted diligently:

____   An answer by the Counterdefendants;
____   Defendants' application for entry of default pursuant to Rule 55a of the Federal Rules of Civil Procedure;

It is Defendants' responsibility to respond promptly to all Orders and to prosecute the action diligently, including filing proofs of service and stipulations extending time to respond. If necessary, Defendants must also pursue Rule 55 remedies promptly upon the default of any Counterdefendants. All stipulations affecting the progress of the case must be approved by this Court. (Local Rules 7-1 and 7-2).

No oral argument of this matter will be heard unless ordered by the Court. The Order will stand submitted upon the filing of a responsive pleading or motion on or before the date upon which a response by Defendants are due. The Counterclaim will be **dismissed** if the above-mentioned document(s) are not filed by the date indicated above.