JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LILIT PETROSYAN, *et al* <br><br> Plaintiffs, <br><br> v. <br><br> HEIDI HUSTEDT, *et al* <br><br> Defendants. | Case No.: CV 14-4145-DMG (JCx) <br><br> **ORDER DISMISSING ACTION AND RETAINING JURISDICTION TO ENFORCE SETTLEMENT AGREEMENT [166]** |

Pursuant to the Parties' stipulation, the Court hereby dismisses the above-entitled action with prejudice, and retains jurisdiction to enforce the parties' settlement agreement. All scheduled dates and deadlines are VACATED.

IT IS SO ORDERED.

DATED: December 3, 2015

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE